**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

THEODORE WORNER AND ADELINA WORNER,

                Respondent

        v.

LAUREN N. STONE,

                Petitioner

:  No. 68 EAL 2024
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.